UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HOWARD KIGER, Plaintiff, v. TRACY JOHNSON, et al., Defendants. | No. 2:23-cv-01263 DC SCR P<br><br>ORDER |

Defendants filed a motion for extension of time to file an answer to Plaintiff's complaint. ECF No. 50. Defendants specifically request that the deadline be extended to forty-five days from the date the District Judge issues an order on Plaintiff's Fourth Amended Complaint ("FAC").

The undersigned agrees the Court's order granting Plaintiff 60 days to file objections to the findings and recommendations regarding his FAC warrants granting Defendants an extension of time. See ECF No. 49. However, the Defendants have not provided good cause for an extension of 45 days. Accordingly, Defendants' motion (ECF No. 50) is GRANTED IN PART. Defendants shall file and serve their answer to Plaintiff's complaint no later than fourteen (14) days after the District Judge rules on Plaintiff's Fourth Amended Complaint.

DATED: November 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE